## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

            v.

**[1] JOSE A. ORTIZ TORRES a.k.a. "Joselo"
a.k.a. "El Enano,**
(Counts ONE through SIX)

**[2] ANGEL L. SANTOS BERRIOS a.k.a.
"Pelotero",**
(Counts ONE through SIX)

**[3] ADALBERTO VEGA VAZQUEZ a.k.a.
"Adi",**
(Counts ONE through FIVE)

**[4] CARLOS RIVERA NEGRONI a.k.a.
"Caco" a.k.a. "Gordo",**
(Counts ONE through FIVE)

**[5] NORBERTO GUZMAN CARTAGENA
a.k.a. "Machito Crunch",**
(Counts ONE through SIX)

**[6] GIOVANNI LOPEZ GARCIA a.k.a.
"Jova",**
(Counts ONE through SIX)

**[7] GIOVANNI VIDAL MALAVE a.k.a. "Jova
el Gordo",**
(Counts ONE through FIVE)

**[8] JOSUE NOEL ALVELO GALVAN a.k.a.
"Prieto" a.k.a. "Prietito",**
(Counts ONE through SIX)

**[9] CHRISTOPHER RODRIGUEZ a.k.a.
"Fifo",**
(Counts ONE through SIX)

CRIMINAL NO. 12- 737 (JAG)

**Violations:**

**(COUNT ONE)**
Title 21, United States Code, Sections
841(a)(1), 846, and 860

**(COUNT TWO)**
Title 21, United States Code, §§ 841(a)(1) and
860 and Title 21, United States Code

**(COUNT THREE)**
Title 21, United States Code, §§841(a)(1) and
860 and Title 18, United States Code, § 2

**(COUNT FOUR)**
Title 21, United States Code, §§ 841(a)(1) and
860 and Title 18, United States Code, § 2

**(COUNT FIVE)**
Title 21, United States Code, §§ 841(a)(1) and
860 and Title 18, United States Code,§ 2

**(COUNT SIX)**
Title 18, United States Code, § 924(o)

**Narcotics Forfeiture Allegation**
Title 21, United States Code, § 853 and Rule
32.2(a) F.R.C.

**(SIX COUNTS)**

**[10] CHRSTIAN CARTAGENA CRUZ a.k.a.
"Mella" a.k.a. "Christian Mella",**
(Counts ONE through SIX)

**[11] ANGEL L. GONZALEZ REYES a.k.a.
"Junito" a.k.a. "Juni",**
(Counts ONE through SIX)

**[12] JONATHAN O. MORET LEON, a.k.a.
"Cabestro" a.k.a. "Cabe",**
(Counts ONE through SIX)

**[13] OMAR RODRIGUEZ a.k.a. "Neno",**
(COUNTS ONE through FIVE)

**[14] GUILLERMO J. COLON FIGUEROA
a.k.a. "Culebro",**
(Counts ONE through SIX)

**[15] MIGUEL A. RIVERA ORTEGA a.k.a.
"Pico",**
(Counts ONE through SIX)

**[16] JOSE A. REYES a.k.a. "Cheo",**
(Counts ONE through FIVE)

**[17] JOSE L. MARTINEZ VICENTE a.k.a.
"Pingui",**
(Counts ONE through FIVE)

**[18] LUIS A. RODRIGUEZ ARGUINZONI
a.k.a. Tingu" a.k.a. "Alex Tingu",**
(Counts ONE through FIVE)

**[19] ELIEZER ROSADO RIVERA a.k.a.
"Elie" a.k.a. "Buho",**
(Counts ONE through FIVE)

**[20] ARIEL LOPEZ COLON a.k.a. "Airelito",**
(Counts ONE through FIVE)

**[21] JOSE O. LOPEZ MELENDEZ a.k.a.
"Oscar el Mellao",**
(Counts ONE through FIVE)

**[22] LUIS A. REYES MELENDEZ a.k.a.
"Wichi",**
(Counts ONE through FIVE)

**[23] ALEXIS GARCIA OCASIO a.k.a. "Bebe",**
(Counts ONE through FIVE)

**[24] LUIS A. RODRIGUEZ ESPADA a.k.a.
"Papito",**
(Counts ONE through FIVE)

**[25] CHRISTIAN COTTO LOPEZ a.k.a.
"Christian Mono",**
(Counts ONE through FIVE)

**[26] CHRISTIAN RODRIGUEZ SUAREZ
a.k.a. "Venao" a.k.a. "Christian Venaito",**
(Counts ONE through FIVE)

**[27] JOSE ALVELO GALVAN a.k.a.
"Canito",**
(Counts ONE through FIVE)

**[28] JOSE A. MORALES ACOSTA a.k.a.
"Bambalan" a.k.a. "Bam Bam",**
(Counts ONE through FIVE)

**[29] PEDRO A. ROMAN DE JESUS a.k.a.
"Scarface" ,**
(Counts ONE through FIVE)

**[30] PEDRO A. PEDRAZA NEGRON a.k.a.
"Avatar",**
(Counts ONE through FIVE)

**[31] CARLOS ORTIZ CALDERON a.k.a.
"Carlos Julio",**
(Counts ONE through FIVE)

**[32] JUAN PEDRAZA TORRES a.k.a.
"Pedraza" a.k.a. "Culebro",**
(Counts ONE through FIVE)

**[33] JESUS LLERA SANTOS a.k.a. "Vaca",**

(Counts ONE through FIVE)

**[34] JOSE MIGUEL REYES RAMOS a.k.a. "Tripi" a.k.a. "Juni" ,**
(Counts ONE through SIX)

**[35] WILLIAM O. ORTIZ PAGAN a.k.a. "Wilo",**
(Counts ONE through FIVE)

**[36] WILSON RODRIGUEZ VEGA a.k.a. "Salinas",**
(Counts ONE through FIVE)

**[37] MICHAEL TIBURCIO SERRANO, a.k.a. "Bloque",**
(Counts ONE through FIVE)

**[38] EFRAIN GARCIA OCASIO a.k.a. "Lincoln",**
(Counts ONE through FIVE)

**[39] LINDA D. REYES COLON a.k.a. "Delia",**
(Counts ONE through FIVE)

**[40] AIXA D. LEON MELENDEZ a.k.a. "Dennise",**
(Counts ONE through FIVE)

Defendants.

THE GRAND JURY CHARGES:

## COUNT ONE

**Conspiracy to possess with intent to distribute controlled substances**

Beginning on a date unknown, but no later than in or about the year 2000, and continuing up to and until the return of the instant Indictment, in the Municipality of Cayey and other areas nearby, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**[1] JOSE A. ORTIZ TORRES a.k.a. "Joselo" a.k.a. "El Enano,**
**[2] ANGEL L. SANTOS BERRIOS a.k.a. "Pelotero",**
**[3] ADALBERTO VEGA VAZQUEZ a.k.a. "Adi",**

[4] CARLOS RIVERA NEGRONI a.k.a. "Caco" a.k.a. "Gordo",
[5] NORBERTO GUZMAN CARTAGENA a.k.a. "Machito Crunch",
[6] GIOVANNI LOPEZ GARCIA a.k.a. "Jova",
[7] GIOVANNI VIDAL MALAVE a.k.a. "Jova el Gordo",
[8] JOSUE NOEL ALVARADO GALVAN a.k.a. "Prieto" a.k.a. "Prietito,
[9] CHRISTOPHER RODRIGUEZ a.k.a. "Fifo",
[10] CHRSTIAN CARTAGENA CRUZ a.k.a. "Mella" a.k.a. "Christian Mella",
[11] ANGEL L. GONZALEZ REYES a.k.a. "Junito" a.k.a. "Juni",
[12] JONATHAN O. MORET LEON, a.k.a. "Cabestro", a.k.a. "Cabe",
[13] OMAR RODRIGUEZ, a.k.a. "Neno",
[14] GUILLERMO J. COLON FIGUEROA a.k.a. "Culebro",
[15] MIGUEL A. RIVERA ORTEGA a.k.a. "Pico",
[16] JOSE A. REYES a.k.a. "Cheo",
[17] JOSE L. MARTINEZ VICENTE a.k.a. "Pingui",
[18] LUIS A. RODRIGUEZ ARGUINZONI a.k.a. Tingu" a.k.a. "Alex Tingu",
[19] ELIEZER ROSADO RIVERA a.k.a. "Elie" a.k.a. "Buho",
[20] ARIEL LOPEZ COLON a.k.a. "Arielito",
[21] JOSE O. LOPEZ MELENDEZ a.k.a. "Oscar el Mellao",
[22] LUIS A. REYES MELENDEZ a.k.a. "Wichi",
[23] ALEXIS GARCIA OCASIO a.k.a. "Bebe",
[24] LUIS A. RODRIGUEZ ESPADA a.k.a. "Papito",
[25] CHRISTIAN COTTO LOPEZ a.k.a. "Christian Mono",
[26] CHRISTIAN RODRIGUEZ SUAREZ a.k.a. "Venao" a.k.a. "Christian Venaito",
[27] JOSE ALVELO GALVAN a.k.a. "Canito",
[28] JOSE A. MORALES ACOSTA a.k.a. "Bambalan" a.k.a. "Bam Bam",
[29] PEDRO A. ROMAN DE JESUS a.k.a. "Scarface",
[30] PEDRO A. PEDRAZA NEGRON a.k.a. "Avatar",
[31] CARLOS ORTIZ CALDERON a.k.a. "Carlos Julio",
[32] JUAN PEDRAZA TORRES a.k.a. "Pedraza" a.k.a. "Culebro",
[33] JESUS LLERA SANTOS a.k.a. "Vaca",
[34] JOSE MIGUEL REYES RAMOS a.k.a. "Tripi" a.k.a. "Juni" ,
[35] WILLIAM O. ORTIZ PAGAN a.k.a. "Wilo",
[36] WILSON RODRIGUEZ VEGA a.k.a. "Salinas",
[37] MICHAEL TIBURCIO SERRANO, a.k.a. "Bloque",
[38] EFRAIN GARCIA OCASIO a.k.a. "Lincoln",
[39] LINDA D. REYES COLON a.k.a. "Delia",
[40] AIXA D. LEON MELENDEZ a.k.a. "Dennise",

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each

other and with diverse other persons known and unknown to the Grand Jury, to commit an

offense against the United States, that is, to knowingly and intentionally possess with intent to distribute controlled substances, to wit: of two-hundred and eighty (280) grams or more of cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; one (1) kilogram or more of heroin, a Schedule I, Narcotic Drug Controlled Substance; (5) kilograms or more of cocaine, a Schedule II, Narcotic Drug Controlled Substance; one hundred (100) kilograms or more of marijuana, a Schedule I, Controlled Substance; a mixture or substance containing detectable amounts of Oxycodone (commonly known as Percocet), a Schedule II Controlled Substance; and a mixture or substance containing detectable amounts of Alprazolam (commonly known as Xanax), a Schedule IV Controlled Substance within one thousand (1,000) feet of the real property comprising the Brisas de Cayey Public Housing Project (BDCPHP) a housing facility owned by a public housing authority, the Toita ward, Buena Vista Ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. All in violation of Title 21, United States Code Sections 841(a)(1), 846 and 860.

## I. OBJECT OF THE CONSPIRACY

The object of the conspiracy was to distribute controlled substances at the Brisas de Cayey Public Housing Project (BDCPHP) a housing facility owned by a public housing authority, the Toita ward, Buena Vista Ward and other areas nearby and within the Municipality of Cayey, Puerto Rico, all for significant financial gain and profit.

## II. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and further the object of the conspiracy, among others, included the following:

1.      It was part of the manner and means of the conspiracy that the defendants and their co-conspirators would purchase wholesale quantities of heroin, cocaine marijuana,

Alprazolam ("Xanax") and Oxycodone ("Percocet"), in order to distribute the same in street quantity amounts at their drug distribution points located in the Brisas de Cayey Public Housing Project (BDCPHP) a housing facility owned by a public housing authority, the Toita ward, Buena Vista Ward and other areas nearby and within the Municipality of Cayey, Puerto Rico and throughout the island of Puerto Rico.

2.      It was a further part of the manner and means of the conspiracy that some of the cocaine purchased at wholesale quantities would be converted "cooked" into crack cocaine for subsequent sale and distribution at their drug distribution points.

3.      It was further part of the manner and means of the conspiracy that co-conspirators would travel to other municipalities in Puerto Rico to pick up wholesale quantities of cocaine and would transport the same back to Cayey for cooking into crack cocaine and decking for street level distribution.

4.      It was further part of the manner and means of the conspiracy that members of the conspiracy would travel to municipalities outside of Cayey to obtain packages or bundles of heroin, marijuana and cocaine for street level distribution in Cayey.

5.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would weigh, "cut," divide, and package the heroin, cocaine, crack, and marijuana in "baggies" or "decks" for street level distribution.

6.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often package and prepare the narcotics in apartments located within the above mentioned Public Housing Project, and in houses in and around the area of Cayey, Puerto Rico using those places as "drug laboratories and "drug stash houses".

7.      It was further part of the manner and means of the conspiracy that some of the

defendants and their co-conspirators, after decking the narcotics into "baggies", would place the baggies into individual, larger, "bundles" or "packages". Each bundle or package would contain numerous "baggies" or decks of a specific type of narcotic that was subsequently sold at the various drug points.

8.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would purchase "packages" or "bundles" of decked narcotics which would be delivered to other co-conspirators drug points for resale at the drug points.

9.      It was further a manner and means of the conspiracy that some bundles or packages would contain each of the drugs sold at the drug points

10.      It was further part of the manner and means of the conspiracy that these bundles or packages of narcotics would be hand distributed to the sellers by the drug owners and the runners to the sellers for subsequent sale and distribution of the "baggies", "decks" or "caplets" contained in the bundle.

11.      It was further part of the manner and means of the conspiracy that sellers would retain their earnings from the proceeds of the narcotics that they sold.

12.      It was part of the manner and means of the conspiracy that the defendants and their co-conspirators would undertake different activities and/or tasks required to administer the daily activities of the aforementioned drug distribution points.

13.      It was further part of the manner and means of the conspiracy that at the Brisas de Cayey Public Housing Project the drug points would move through different locations to avoid being detected by law enforcement.

14.      It was further part of the manner and means of the conspiracy that some of the

defendants and their co-conspirators would use apartments located within the Brisas de Cayey Public Housing Project in order to store and conceal heroin, cocaine base ("crack"), cocaine, marijuana, drug paraphernalia, firearms, ammunition and cash from the sales of the narcotics.

15.    It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would use two-way radios ("walkie-talkies" referred to as scanners) in order to communicate with each other and to alert the presence of law enforcement agents or members of rival gangs.

16.    It was further part of the manner and means of the conspiracy that at times, the marijuana that was sold by the members of the drug trafficking organization at the Brisas de Cayey drug point and other drug points in the Cayey area was marked with stickers of "Pinky and the Brain" and "Osama Bin Laden".

17.    It was further a part of the manner and means of the conspiracy that the drug trafficking organization would at times employ the use of minors to perform tasks related to drug trafficking, such as but not limited to, performing as lookouts, selling and delivering narcotics and picking up and delivering proceeds from the sales of narcotics at the drug points.

18.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would routinely possess, carry, brandish, and use firearms to protect themselves and their drug trafficking organization.

19.    It was further a part of the manner and means of the conspiracy that at times co-conspirators would facilitate the acquisition of firearms, ammunition and body armor.

20.    It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would use force, violence, threats and intimidation in order to intimidate rival drug trafficking organizations, and in order to discipline members of their own

drug trafficking organization.

21.     It was further a part of the manner and means of the conspiracy that the leaders of the drug trafficking organization had final approving authority as to disciplinary action to be imposed upon residents of the Brisas de Cayey Public Housing Project and/or members of the conspiracy as well as enemies of the drug trafficking organization.

22.     It was further a part of the manner and means of the conspiracy that the defendants and their co-conspirators assumed various roles within the DTO in order to further the object of the conspiracy including but not limited to: A) Leaders; B) Drug Point Owners; C) Runners; D) Enforcers; E) Sellers and F) Facilitators.

23.     It was further a part of the manner and means of the conspiracy that at times, in order to prevent being detected by law enforcement, DTO members would use taxi cabs to deliver bundles of drugs from stash locations and drug laboratories in the Cayey area to the Brisas de Cayey public housing project and other drug point in the Cayey area.

24.     It was further a manner and means of the conspiracy that the leaders would delegate to other co-conspirators the administration of the day to day operation of the drug distribution points within Brisas de Cayey, Toita and Buena Vista.

25.     It was further part of the manner and means of the conspiracy that sellers would often act as lookouts.

26.     It was further part of the manner and means of the conspiracy that there would be more than one seller selling drugs at a time.

27.     It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would use common area "sheds" to store bundles of drugs, paraphernalia, ammunition, weapons, body armor and other items used to further the objectives

of the conspiracy. DTO members would put their own locks on the shed doors to control their access.

28. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often act as "look-outs" and as such they would move through different locations within the Brisas de Cayey Public Housing Project, in order to alert other co-conspirators of the presence of law enforcement agents and/or rival drug traffickers.

## III. ROLES OF THE MEMBERS OF THE CONSPIRACY

### A. Leaders

The leaders were the defendants and co-conspirators that would perform several acts within the conspiracy including but not limited to: supplying large amounts of narcotics to the drug distribution organization and/or drug distribution points located within the Brisas de Cayey Public Housing Project, the Toita Ward and the Buena Vista ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. Leaders would directly control the drug trafficking activities at the Brisas de Cayey Public Housing Project, the Toita Ward and the Buena Vista ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. Leaders would also allow members of the conspiracy to carry firearms and ammunition in order to protect the drug distribution activities

The following co-conspirators along with others co-conspirators known and unknown to the Grand Jury acted as leaders:

**[1] JOSE A. ORTIZ TORRES a.k.a. "Joselo" a.k.a. "El Enano"** was leader for the drug trafficking organization. As a leader, he would directly control the drug trafficking activities at the Brisas de Cayey Public Housing Project, the Toita Ward, the Buena Vista ward and other

areas nearby and within the Municipality of Cayey, Puerto Rico. As a main leader, he purchased and transported wholesale amounts of narcotics that would be delivered to co-conspirators for further distribution at the drug distribution points within the Brisas de Cayey Public Housing Project, the Toita Ward and the Buena Vista ward and other areas nearby and within the Municipality of Cayey, Puerto Rico and other areas throughout the island of Puerto Rico. He was also the owner of the crack cocaine drug point at the Brisas de Cayey Public Housing Project. At some point during the conspiracy he also supplied other members of the conspiracy with firearms and ammunition, carried firearms and acted as an enforcer for the DTO.

**[2] ANGEL L. SANTOS BERRIOS a.k.a. "Pelotero"** was leader for the drug trafficking organization. As a leader, he would directly control the drug trafficking activities at the Brisas de Cayey Public Housing Project, the Toita Ward and the Buena Vista ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. As a main leader, he purchased and transported wholesale amounts of narcotics that would be delivered to co-conspirators for further distribution at the drug distribution points within the Brisas de Cayey Public Housing Project, the Toita Ward and the Buena Vista ward and other areas nearby and within the Municipality of Cayey, Puerto Rico and other areas throughout the island of Puerto Rico. He was also the owner of the cocaine and heroin drug points at the Brisas de Cayey Public Housing Project. At some point during the conspiracy he also supplied other members of the conspiracy with firearms and ammunition, carried firearms and acted as an enforcer for the DTO.

## B. Drug Point Owners

At different times during the span of the conspiracy, the drug owners were responsible for obtaining the narcotics, the processing, preparation and the packaging of the drugs to be sold at the drug points, or alternatively, for delegating that responsibility to other co-conspirators. At

times during the conspiracy, the drug point owners would rent out their drug points to other co-conspirators. At times during the span of the conspiracy, co-conspirators renting a drug point at the Brisas de Cayey Public Housing Project, the Toita Ward, the Buena Vista Ward or other areas nearby in Cayey Puerto Rico would have to pay rent to the leaders of the conspiracy. Drug Point owners or renters directly controlled and supervised the drug trafficking activities at the drug distribution points located within Brisas de Cayey Public Housing Project, the Toita Ward and the Buena Vista ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. During the span of the conspiracy, drug point owners would purchase wholesale amounts of narcotics for street distribution at the various narcotics distribution points within the Brisas de Cayey Public Housing Project, the Toita Ward and the Buena Vista ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. These co-conspirators along with others co-conspirators known and unknown to the Grand Jury were permitted to operate their drug points within the Brisas de Cayey Public Housing Project, the Toita Ward and the Buena Vista ward and other areas nearby and within the Municipality of Cayey, Puerto Rico with the permission of the leaders of the DTO. In addition to those previously mentioned, the following individuals and others known and unknown to the Grand Jury, acted as enforcers for the drug trafficking organization:

**[3] ADALBERTO VEGA VAZQUEZ a.k.a. "Adi"** was a drug point owner for the drug trafficking organization. As a drug point owner, he would obtain and distribute pills commonly known as Percocet (Oxycodone) and pills commonly known as Xanax (Alprazolam) at the Brisas de Cayey Public Housing Project. As a drug point owner, he would directly supervise pill sellers as well as engage in the street distribution of pills. The drug point was commonly known as the "Pali and Perco drug point".

## C. RUNNERS

The runners worked under the direct supervision of the leaders and drug point owners of the drug trafficking organization. They were responsible for among other things for delivering sufficient narcotics to the sellers for further distribution at the drug point. They were also responsible for collecting the proceeds of drug sales. They would also supervise and make sure that there were street sellers for every shift of the drug point. They would also transport wholesale amounts of narcotics for delivery to other co-conspirators. The runners had a supervisory role within the conspiracy, as they would directly supervise on a daily basis, the activities of multiple sellers, and the daily activities of the drug point.

In addition to those previously mentioned, the following individuals and others known and unknown to this Grand Jury acted as runners for the drug trafficking organization:

[4] **CARLOS RIVERA NEGRONI a.k.a. "Caco" a.k.a. "Gordo"** acted as a runner for the drug trafficking organization.

[5] **NORBERTO GUZMAN CARTAGENA, a.k.a "Machito Crunch"** acted as a runner for the drug trafficking organization. He would at times during the span of the conspiracy possess firearms in furtherance of the DTO's drug trafficking activities

[6] **GIOVANNI LOPEZ GARCIA, a.k.a "Jova"** acted as a runner for the drug trafficking organization. Additionally, he would act as an enforcer within the conspiracy.

[7] **GIOVANNI VIDAL MALAVE, a.k.a "Jova el Gordo"** acted as a runner for the drug trafficking organization. Additionally, he would act as a seller within the conspiracy.

[8] **JOSUE NOEL ALVELO GALVAN, a.k.a. "Prieto" a.k.a. "Prietito"** acted as a runner for the drug trafficking organization. Additionally, he would act as a seller within the conspiracy.

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page15

## D. ENFORCERS

Enforcers and would possess in furtherance of their drug trafficking crimes, carry, brandish, use and discharge firearms as that term is defined at Title 18, U.S.C.§921(a)(3), to protect the leaders and members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. In addition to those previously mentioned the following individuals and others known and unknown to the Grand Jury, acted as armed for the drug trafficking organization:

[9] **CHRISTOPHER RODRIGUEZ, a.k.a. "Fifo"** acted as an enforcer for the drug trafficking organization. At times during the span of the conspiracy, he also acted as a seller for the drug trafficking organization.

[10] **CHRISTIAN CARTAGENA CRUZ, a.k.a. "Mella", a.k.a. "Christian Mella"** acted as an enforcer for the drug trafficking organization. At times during the span of the conspiracy, he also acted as a seller for the drug trafficking organization.

[11] **ANGEL L. GONZALEZ REYES, a.k.a. "Junito", a.k.a. "Juni"** acted as an enforcer for the drug trafficking organization. At times during the span of the conspiracy, he also acted as a seller for the drug trafficking organization.

## E. SELLERS

The sellers would distribute street quantity amounts of heroin, crack cocaine, cocaine, marijuana, Alprazolam (Xanax) and Oxycodone (Percocet). As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug distribution point. Sellers at times would also act as facilitators.

[12] **JONATHAN O. MORET LEON, a.k.a. "Cabestro" a.k.a. "Cabe"** acted as a seller for the drug trafficking organization. Additionally, he would at times act as a runner for the

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page 16

drug trafficking organization. At times, he possessed firearms in furtherance of the drug trafficking organization.

[13] **OMAR RODRIGUEZ, a.k.a. "Neno"** acted as a seller for the drug trafficking organization.

[14] **GUILLERMO J. COLON FIGUEROA, a.k.a. "Culebro",** acted as a seller for the drug trafficking organization. At times, he possessed firearms in furtherance of the drug trafficking organization.

[15] **MIGUEL A. RIVERA ORTEGA, a.k.a. "Pico",** acted as a seller for the drug trafficking organization. At times, he possessed firearms in furtherance of the drug trafficking organization.

[16] **JOSE A. REYES, a.k.a. "Cheo"** acted as a seller for the drug trafficking organization.

[17] **JOSE L. MARTINEZ VICENTE, a.k.a "Pingui"** acted as a seller for the drug trafficking organization.

[18] **LUIS A. RODRIGUEZ ARGUINZONI, a.k.a. "Tingu", a.k.a. "Alex Tingu"** acted as a seller for the drug trafficking organization.

[19] **ELIEZER ROSADO RIVERA, a.k.a. "Buho"** acted as a seller for the drug trafficking organization.

[20] **ARIEL LOPEZ COLON, a.k.a. "Arielito"** acted as a seller for the drug trafficking organization.

[21] **JOSE O. LOPEZ MELENDEZ, a.k.a. "Oscar el Mellao"** acted as a seller for the drug trafficking organization.

[22] **LUIS A. REYES MELENDEZ, a.k.a. "Wichi"** acted as a seller for the drug

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page 17

trafficking organization.

[23] ALEXIS GARCIA OCASIO, a.k.a. "Bebe" acted as a seller for the drug trafficking organization.

[24] LUIS A. RODRIGUEZ ESPADA, a.k.a "Papito" acted as a seller for the drug trafficking organization.

[25] CHRISTIAN COTTO LOPEZ, a.k.a "Christian Mono" acted as a seller for the drug trafficking organization.

[26] CHRISTIAN RODRIGUEZ SUAREZ, a.k.a. "Venao", a.k.a. "Christian Venaito" acted as a seller for the drug trafficking organization.

[27] JOSE ALVELO GALVAN, a.k.a "Canito" acted as a seller for the drug trafficking organization.

[28] JOSE A. MORALES ACOSTA, a.k.a "Bambam", a.k.a. "Bambalan" acted as a seller for the drug trafficking organization.

[29] PEDRO A. ROMAN DE JESUS, a.k.a "Scarface", acted as a seller for the drug trafficking organization.

[30] PEDRO A. PEDRAZA NEGRON, a.k.a. "Avatar" acted as a seller for the drug trafficking organization.

[31] CARLOS ORTIZ CALDERAON, a.k.a. "Carlos Julio" acted as a seller for the drug trafficking organization.

[32] JUAN PEDRAZA TORRES, a.k.a. "Pedraza" acted as a seller for the drug trafficking organization.

[33] JESUS LLERA SANTOS, a.k.a. "Vaca" acted as a seller for the drug trafficking organization.

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page18

[34] **JOSE MIGUEL REYES RAMOS, a.k.a. "Tripi", a.k.a. "Juni"** acted as a seller for the drug trafficking organization.

[35] **WILLIAM O. ORTIZ PAGAN, a.k.a. "Wilo"** acted as a seller for the drug trafficking organization.

## G. FACILITATORS

Some facilitators allowed the use of their apartments in the public housing project in order to process, store and package narcotics for distribution. Some facilitators allowed members of the drug trafficking organization to run and hide in their apartments to avoid police detection. Some facilitators allowed the use of their apartments as "stash houses" to store the cash proceeds of the drug point drug sales. Some facilitators used radio scanners and two way radios (commonly known as "scanners" or "walkie-talkies"), to alert drug sellers of police or enemy presence. Some facilitators would pick up and deliver the proceeds of the drug sales from the drug point. Some facilitators would facilitate the sale of controlled substances at the public housing project by directing the customers to the drug point, or by taking the payment for the drugs and delivering the drugs to the customer. In addition to those previously mentioned the following individuals and others known and unknown to the Grand Jury, acted as facilitators for the drug trafficking organization:

[36] **WILSON RODRIGUEZ VEGA, a.k.a. "Salinas"** acted as a facilitator for the drug trafficking organization.

[37] **MICHAEL TIBURCIO SERRANO, a.k.a. "Bloque"** acted as a facilitator for the drug trafficking organization.

[38] **EFRAIN GARCIA OCASIO, a.k.a. "Lincoln"** acted as a facilitator for the drug trafficking organization.

United States of America vs.
JOSE A, ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page19

**[39] LINDA D. REYES COLON, a.k.a. "Delia"** acted as a facilitator for the drug trafficking organization.

**[40] AIXA D. LEON MELENDEZ, a.k.a. "Denisse"** acted as a facilitator for the drug trafficking organization.

All in violation of Title 21, <u>United States Code</u> Sections 841(a)(1), 846 and 860.

(SPACE LEFT INTENTIONALLY BLANK)

United States of America vs.
JOSE A, ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page20

# COUNT TWO

## Aiding and Abetting in the Possession/Distribution of Heroin

Beginning on a date unknown, but no later than in or about the year 2000, and continuing

up to and until the return of the instant Indictment, in the Municipality of Cayey and other areas

nearby, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

> [1] JOSE A. ORTIZ TORRES a.k.a. "Joselo" a.k.a. "El Enano,
> [2] ANGEL L. SANTOS BERRIOS a.k.a. "Pelotero",
> [3] ADALBERTO VEGA VAZQUEZ a.k.a. "Adi",
> [4] CARLOS RIVERA NEGRONI a.k.a. "Caco" a.k.a. "Gordo",
> [5] NORBERTO GUZMAN CARTAGENA a.k.a. "Machito Crunch",
> [6] GIOVANNI LOPEZ GARCIA a.k.a. "Jova",
> [7] GIOVANNI VIDAL MALAVE a.k.a. "Jova el Gordo",
> [8] JOSUE NOEL ALVELO GALVAN a.k.a. "Prieto" a.k.a. "Prietito,
> [9] CHRISTOPHER RODRIGUEZ a.k.a. "Fifo",
> [10] CHRSTIAN CARTAGENA CRUZ a.k.a. "Mella" a.k.a. "Christian Mella",
> [11] ANGEL L. GONZALEZ REYES a.k.a. "Junito" a.k.a. "Juni",
> [12] JONATHAN O. MORET LEON, a.k.a. "Cabestro", a.k.a. "Cabe",
> [13] OMAR RODRIGUEZ, a.k.a. "Neno",
> [14] GUILLERMO J. COLON FIGUEROA a.k.a. "Culebro",
> [15] MIGUEL A. RIVERA ORTEGA a.k.a. "Pico",
> [16] JOSE A. REYES a.k.a. "Cheo",
> [17] JOSE L. MARTINEZ VICENTE a.k.a. "Pingui",
> [18] LUIS A. RODRIGUEZ ARGUINZONI a.k.a. Tingu" a.k.a. "Alex Tingu",
> [19] ELIEZER ROSADO RIVERA a.k.a. "Elie" a.k.a. "Buho",
> [20] ARIEL LOPEZ COLON a.k.a. "Arielito",
> [21] JOSE O. LOPEZ MELENDEZ a.k.a. "Oscar el Mellao",
> [22] LUIS A. REYES MELENDEZ a.k.a. "Wichi",
> [23] ALEXIS GARCIA OCASIO a.k.a. "Bebe",
> [24] LUIS A. RODRIGUEZ ESPADA a.k.a. "Papito",
> [25] CHRISTIAN COTTO LOPEZ a.k.a. "Christian Mono",
> [26]CHRISTIAN RODRIGUEZ SUAREZ a.k.a. "Venao" a.k.a. "Christian Venaito",
> [27] JOSE ALVELO GALVAN a.k.a. "Canito",
> [28] JOSE A. MORALES ACOSTA a.k.a. "Bambalan" a.k.a. "Bam Bam",
> [29] PEDRO A. ROMAN DE JESUS a.k.a. "Scarface",
> [30] PEDRO A. PEDRAZA NEGRON a.k.a. "Avatar",
> [31] CARLOS ORTIZ CALDERON a.k.a. "Carlos Julio",
> [32] JUAN PEDRAZA TORRES a.k.a. "Pedraza" a.k.a. "Culebro",

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page 21

**[33] JESUS LLERA SANTOS a.k.a. "Vaca",**
**[34] JOSE MIGUEL REYES RAMOS a.k.a. "Tripi" a.k.a. "Juni",**
**[35] WILLIAM O. ORTIZ PAGAN a.k.a. "Wilo",**
**[36] WILSON RODRIGUEZ VEGA a.k.a. "Salinas",**
**[37] MICHAEL TIBURCIO SERRANO, a.k.a. "Bloque",**
**[38] EFRAIN GARCIA OCASIO a.k.a. "Lincoln",**
**[39] LINDA D. REYES COLON a.k.a. "Delia",**
**[40] AIXA D. LEON MELENDEZ a.k.a. "Dennise",**

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real property comprising the Brisas de Cayey Public Housing Project, a housing facility owned by a public housing authority, the Toita Ward, Buena Vista Ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. All in violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United States Code, § 2.

## COUNT THREE
### Aiding and Abetting in the Possession/Distribution of Cocaine Base

Beginning on a date unknown, but no later than in or about the year 2000, and continuing up to and until the return of the instant Indictment, in the Municipality of Cayey and other areas nearby, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

**[1] JOSE A. ORTIZ TORRES a.k.a. "Joselo" a.k.a. "El Enano,**
**[2] ANGEL L. SANTOS BERRIOS a.k.a. "Pelotero",**
**[3] ADALBERTO VEGA VAZQUEZ a.k.a. "Adi",**
**[4] CARLOS RIVERA NEGRONI a.k.a. "Caco" a.k.a. "Gordo",**
**[5] NORBERTO GUZMAN CARTAGENA a.k.a. "Machito Crunch",**
**[6] GIOVANNI LOPEZ GARCIA a.k.a. "Jova",**
**[7] GIOVANNI VIDAL MALAVE a.k.a. "Jova el Gordo",**
**[8] JOSUE NOEL ALVELO GALVAN a.k.a. "Prieto" a.k.a. "Prietito,**
**[9] CHRISTOPHER RODRIGUEZ a.k.a. "Fifo",**
**[10] CHRSTIAN CARTAGENA CRUZ a.k.a. "Mella" a.k.a. "Christian**

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page 22

Mella",
[11] ANGEL L. GONZALEZ REYES a.k.a. "Junito" a.k.a. "Juni",
[12] JONATHAN O. MORET LEON, a.k.a. "Cabestro", a.k.a. "Cabe",
[13] OMAR RODRIGUEZ, a.k.a. "Neno",
[14] GUILLERMO J. COLON FIGUEROA a.k.a. "Culebro",
[15] MIGUEL A. RIVERA ORTEGA a.k.a. "Pico",
[16] JOSE A. REYES a.k.a. "Cheo",
[17] JOSE L. MARTINEZ VICENTE a.k.a. "Pingui",
[18] LUIS A. RODRIGUEZ ARGUINZONI a.k.a. Tingu" a.k.a. "Alex Tingu",
[19] ELIEZER ROSADO RIVERA a.k.a. "Elie" a.k.a. "Buho",
[20] ARIEL LOPEZ COLON a.k.a. "Arielito",
[21] JOSE O. LOPEZ MELENDEZ a.k.a. "Oscar el Mellao",
[22] LUIS A. REYES MELENDEZ a.k.a. "Wichi",
[23] ALEXIS GARCIA OCASIO a.k.a. "Bebe",
[24] LUIS A. RODRIGUEZ ESPADA a.k.a. "Papito",
[25] CHRISTIAN COTTO LOPEZ a.k.a. "Christian Mono",
[26] CHRISTIAN RODRIGUEZ SUAREZ a.k.a. "Venao" a.k.a. "Christian Venaito",
[27] JOSE ALVELO GALVAN a.k.a. "Canito",
[28] JOSE A. MORALES ACOSTA a.k.a. "Bambalan" a.k.a. "Bam Bam",
[29] PEDRO A. ROMAN DE JESUS a.k.a. "Scarface",
[30] PEDRO A. PEDRAZA NEGRON a.k.a. "Avatar",
[31] CARLOS ORTIZ CALDERON a.k.a. "Carlos Julio",
[32] JUAN PEDRAZA TORRES a.k.a. "Pedraza" a.k.a. "Culebro",
[33] JESUS LLERA SANTOS a.k.a. "Vaca",
[34] JOSE MIGUEL REYES RAMOS a.k.a. "Tripi" a.k.a. "Juni",
[35] WILLIAM O. ORTIZ PAGAN a.k.a. "Wilo",
[36] WILSON RODRIGUEZ VEGA a.k.a. "Salinas",
[37] MICHAEL TIBURCIO SERRANO, a.k.a. "Bloque",
[38] EFRAIN GARCIA OCASIO a.k.a. "Lincoln",
[39] LINDA D. REYES COLON a.k.a. "Delia",
[40] AIXA D. LEON MELENDEZ a.k.a. "Dennise",

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute two hundred and eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base (Crack), a Schedule II Narcotic Drug Controlled

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page23

Substance, within one thousand (1,000) feet of the real property comprising the Brisas de Cayey

Public Housing Project, a housing facility owned by a public housing authority, the Toita Ward,

Buena Vista Ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. All

in violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United States Code,

§ 2.

## COUNT FOUR

### Aiding and Abetting in the Possession/Distribution of Cocaine

Beginning on a date unknown, but no later than in or about the year 2000, and continuing

up to and until the return of the instant Indictment, in the Municipality of Cayey and other areas

nearby, in the District of Puerto Rico elsewhere and within the jurisdiction of this Court,

[1] JOSE A. ORTIZ TORRES a.k.a. "Joselo" a.k.a. "El Enano,
[2] ANGEL L. SANTOS BERRIOS a.k.a. "Pelotero",
[3] ADALBERTO VEGA VAZQUEZ a.k.a. "Adi",
[4] CARLOS RIVERA NEGRONI a.k.a. "Caco" a.k.a. "Gordo",
[5] NORBERTO GUZMAN CARTAGENA a.k.a. "Machito Crunch",
[6] GIOVANNI LOPEZ GARCIA a.k.a. "Jova",
[7] GIOVANNI VIDAL MALAVE a.k.a. "Jova el Gordo",
[8] JOSUE NOEL ALVELO GALVAN a.k.a. "Prieto" a.k.a. "Prietito,
[9] CHRISTOPHER RODRIGUEZ a.k.a. "Fifo",
[10] CHRSTIAN CARTAGENA CRUZ a.k.a. "Mella" a.k.a. "Christian Mella",
[11] ANGEL L. GONZALEZ REYES a.k.a. "Junito" a.k.a. "Juni",
[12] JONATHAN O. MORET LEON, a.k.a. "Cabestro", a.k.a. "Cabe",
[13] OMAR RODRIGUEZ, a.k.a. "Neno",
[14] GUILLERMO J. COLON FIGUEROA a.k.a. "Culebro",
[15] MIGUEL A. RIVERA ORTEGA a.k.a. "Pico",
[16] JOSE A. REYES a.k.a. "Cheo",
[17] JOSE L. MARTINEZ VICENTE a.k.a. "Pingui",
[18] LUIS A. RODRIGUEZ ARGUINZONI a.k.a. Tingu" a.k.a. "Alex Tingu",
[19] ELIEZER ROSADO RIVERA a.k.a. "Elie" a.k.a. "Buho",
[20] ARIEL LOPEZ COLON a.k.a. "Arielito",
[21] JOSE O. LOPEZ MELENDEZ a.k.a. "Oscar el Mellao",
[22] LUIS A. REYES MELENDEZ a.k.a. "Wichi",

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page24

    [23] **ALEXIS GARCIA OCASIO a.k.a. "Bebe",**
    [24] **LUIS A. RODRIGUEZ ESPADA a.k.a. "Papito",**
    [25] **CHRISTIAN COTTO LOPEZ a.k.a. "Christian Mono",**
    [26] **CHRISTIAN RODRIGUEZ SUAREZ a.k.a. "Venao" a.k.a. "Christian Venaito",**
    [27] **JOSE ALVELO GALVAN a.k.a. "Canito",**
    [28] **JOSE A. MORALES ACOSTA a.k.a. "Bambalan" a.k.a. "Bam Bam",**
    [29] **PEDRO A. ROMAN DE JESUS a.k.a. "Scarface",**
    [30] **PEDRO A. PEDRAZA NEGRON a.k.a. "Avatar",**
    [31] **CARLOS ORTIZ CALDERON a.k.a. "Carlos Julio",**
    [32] **JUAN PEDRAZA TORRES a.k.a. "Pedraza" a.k.a. "Culebro",**
    [33] **JESUS LLERA SANTOS a.k.a. "Vaca",**
    [34] **JOSE MIGUEL REYES RAMOS a.k.a. "Tripi" a.k.a. "Juni",**
    [35] **WILLIAM O. ORTIZ PAGAN a.k.a. "Wilo",**
    [36] **WILSON RODRIGUEZ VEGA a.k.a. "Salinas",**
    [37] **MICHAEL TIBURCIO SERRANO, a.k.a. "Bloque",**
    [38] **EFRAIN GARCIA OCASIO a.k.a. "Lincoln",**
    [39] **LINDA D. REYES COLON a.k.a. "Delia",**
    [40] **AIXA D. LEON MELENDEZ a.k.a. "Dennise",**

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real property comprising the Brisas de Cayey Public Housing Project, a housing facility owned by a public housing authority, the Toita Ward, Buena Vista Ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. All in violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United States Code, § 2.

## COUNT FIVE

### Aiding and Abetting in the Possession/Distribution of Marijuana

Beginning on a date unknown, but no later than in or about the year 2000, and continuing up to and until the return of the instant Indictment, in the Municipality of Cayey and other areas nearby, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court,

    [1] **JOSE A. ORTIZ TORRES a.k.a. "Joselo" a.k.a. "El Enano,**

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page25

[2] ANGEL L. SANTOS BERRIOS a.k.a. "Pelotero",

[3] ADALBERTO VEGA VAZQUEZ a.k.a. "Adi",

[4] CARLOS RIVERA NEGRONI a.k.a. "Caco" a.k.a. "Gordo",

[5] NORBERTO GUZMAN CARTAGENA a.k.a. "Machito Crunch",

[6] GIOVANNI LOPEZ GARCIA a.k.a. "Jova",

[7] GIOVANNI VIDAL MALAVE a.k.a. "Jova el Gordo",

[8] JOSUE NOEL ALVELO GALVAN a.k.a. "Prieto" a.k.a. "Prietito,

[9] CHRISTOPHER RODRIGUEZ a.k.a. "Fifo",

[10] CHRSTIAN CARTAGENA CRUZ a.k.a. "Mella" a.k.a. "Christian Mella",

[11] ANGEL L. GONZALEZ REYES a.k.a. "Junito" a.k.a. "Juni",

[12] JONATHAN O. MORET LEON, a.k.a. "Cabestro", a.k.a. "Cabe",

[13] OMAR RODRIGUEZ, a.k.a. "Neno",

[14] GUILLERMO J. COLON FIGUEROA a.k.a. "Culebro",

[15] MIGUEL A. RIVERA ORTEGA a.k.a. "Pico",

[16] JOSE A. REYES a.k.a. "Cheo",

[17] JOSE L. MARTINEZ VICENTE a.k.a. "Pingui",

[18] LUIS A. RODRIGUEZ ARGUINZONI a.k.a. Tingu" a.k.a. "Alex Tingu",

[19] ELIEZER ROSADO RIVERA a.k.a. "Elie" a.k.a. "Buho",

[20] ARIEL LOPEZ COLON a.k.a. "Arielito",

[21] JOSE O. LOPEZ MELENDEZ a.k.a. "Oscar el Mellao",

[22] LUIS A. REYES MELENDEZ a.k.a. "Wichi",

[23] ALEXIS GARCIA OCASIO a.k.a. "Bebe",

[24] LUIS A. RODRIGUEZ ESPADA a.k.a. "Papito",

[25] CHRISTIAN COTTO LOPEZ a.k.a. "Christian Mono",

[26]CHRISTIAN RODRIGUEZ SUAREZ a.k.a. "Venao" a.k.a. "Christian Venaito",

[27] JOSE ALVELO GALVAN a.k.a. "Canito",

[28] JOSE A. MORALES ACOSTA a.k.a. "Bambalan" a.k.a. "Bam Bam",

[29] PEDRO A. ROMAN DE JESUS a.k.a. "Scarface",

[30] PEDRO A. PEDRAZA NEGRON a.k.a. "Avatar",

[31] CARLOS ORTIZ CALDERON a.k.a. "Carlos Julio",

[32] JUAN PEDRAZA TORRES a.k.a. "Pedraza" a.k.a. "Culebro",

[33] JESUS LLERA SANTOS a.k.a. "Vaca",

[34] JOSE MIGUEL REYES RAMOS a.k.a. "Tripi" a.k.a. "Juni",

[35] WILLIAM O. ORTIZ PAGAN a.k.a. "Wilo",

[36] WILSON RODRIGUEZ VEGA a.k.a. "Salinas",

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page26

**[37] MICHAEL TIBURCIO SERRANO, a.k.a. "Bloque",**
**[38] EFRAIN GARCIA OCASIO a.k.a. "Lincoln",**
**[39] LINDA D. REYES COLON a.k.a. "Delia",**
**[40] AIXA D. LEON MELENDEZ a.k.a. "Dennise",**

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, within one thousand (1,000) feet of the real property comprising the Brisas de Cayey Public Housing Project, a housing facility owned by a public housing authority, the Toita Ward, Buena Vista Ward and other areas nearby and within the Municipality of Cayey, Puerto Rico. All in violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United States Code, § 2.

## COUNT SIX

### Conspiracy to Possess Firearms in Furtherance of a Drug Trafficking Crime

Beginning on a date unknown, but no later than in or about the year 2000, and continuing up to and until the return of the instant Indictment, in the Municipality of Cayey and other areas nearby, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court,

**[1] JOSE A. ORTIZ TORRES a.k.a. "Joselo" a.k.a. "El Enano,**
**[2] ANGEL L. SANTOS BERRIOS a.k.a. "Pelotero",**
**[5] NORBERTO GUZMAN CARTAGENA a.k.a. "Machito Crunch",**
**[6] GIOVANNI LOPEZ GARCIA a.k.a. "Jova",**
**[9] CHRISTOPHER RODRIGUEZ a.k.a. "Fifo",**
**[10]CHRSTIAN CARTAGENA CRUZ a.k.a. "Mella" a.k.a. "Christian Mella",**
**[11] ANGEL L. GONZALEZ REYES a.k.a. "Junito" a.k.a. "Juni",**
**[12] JONATHAN O. MORET LEON, a.k.a. "Cabestro", a.k.a. "Cabe",**
**[14] GUILLERMO J. COLON FIGUEROA a.k.a. "Culebro",**
**[15] MIGUEL A. RIVERA ORTEGA a.k.a. "Pico",**

the defendants herein, did knowingly and intentionally conspire, combine, and agree with each

Case 3:12-mj-00787-JAG-BJM   Document 1   Filed 10/02/12   Page 27 of 29

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page27

other and diverse other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to possess firearms and ammunition in furtherance of a drug trafficking crime as charged in Counts One through Five of this Indictment, which offenses may be prosecuted in a Court of the United States, in violation of Title 18, <u>United States Code</u>, Section 924(c)(1)(A); all in violation of Title 18, <u>United States Code</u>, Section 924(o).

(SPACE LEFT INTENTIONALLY BLANK)

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page28

## Narcotics Forfeiture Allegation

1.  Upon conviction of any of the above charged controlled substance offenses, the defendants named in this Indictment, shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and (2) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

a.     All rights, titles, and interest in all property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of each offense described in any of the above charged controlled substances offenses and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any of the above charged controlled substance offenses.

b.     A sum of money equal to the amount of proceeds obtained as a result of any of the offenses described in the instant Indictment, to wit: $15 MILLION DOLLARS, for which the defendants are jointly and severally liable.

2.     Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute property, up to the value of the amount described in paragraph 1(a) or 1(b), above, if by any act or omission of the defendant, the property described in paragraph 1(a) or 1(b), or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the

United States of America vs.
JOSE A. ORTIZ TORRES a.k.a. JOSELO a.k.a. EL ENANO, et al
Page29

Federal Rules of Criminal; Procedure.

TRUE BIL

FOREPERSON
Date: _Oct 12, 2012_

**ROSA EMILIA RODRIGUEZ-VELEZ**
**United States Attorney**

_____
**José Ruiz-Santiago**
Assistant United States Attorney
Chief, Criminal Division

_____
**Timothy Henwood**
Assistant United States Attorney
Chief, Narcotics Unit

_____
**Teresa S. Zapata Valladares**
Assistant United States Attorney

_____
**Olga B. Castellon-Miranda**
Assistant United States Attorney