UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 1:15-MJ-0068 |
| v. | : |
| PEDRO A. PEDRAZA NEGRON,<br>Defendant | : |

**FILED HARRISBURG**
SEP 30 2015
PER _____ *CJW*
DEPUTY CLERK

### ORDER

AND NOW, this 30th day of September, 2015, **IT IS ORDERED** that the defendant shall be held in custody to be transported by the U.S. Marshal to the U.S. District Court for the District of Puerto Rico.

s / Martin C. Carlson
_____
Martin C. Carlson
United States Magistrate Judge